UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-101-01ML** **DATE: July 8, 2005**

**TITLE: USA v. Joel Trinidad**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSAs Mary E. Rogers, Stephen G. Dambruch - Govt**
**Jeffrey B. Pine - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**Defense counsel objects to a paragraph in the final PSR, with inclusion of this deft as a gang affiliate. Court continues this hearing in order to provide Mr. Pine with an opportunity to discuss this inclusion with the probation officer who created the report. Mr. Pine to notify the Court as to whether the sentencing will constitute an evidentiary hearing.**

**Sentencing reset to Mon., Aug. 15, 2005, at 10:30 a.m.**

**Deft is remanded.**