UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-101-01ML** **DATE: August 15, 2005**

**TITLE: USA v. Joel Trinidad**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSAs Mary E. Rogers, Stephen G. Dambruch - Govt**
**Jeffrey B. Pine - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**This hearing is cont'd from 7/8/05. Mr. Pine advises the Court that he no longer objects to the PSR (re: paragraph in the final PSR, with inclusion of this deft as a gang affiliate). Counsel make their sentencing recommendations. Deft exercises his right of allocution, and voices his objection to the "gang" reference in the PSR., concerned that such reference might affect deft's placement in a facility. USPO Jenkins subsequently advises the Court that there is an administrative remedy process at the BOP through which the deft can address any concerns about placement. Deft resumes allocution. The Court imposes sentence as to Counts I and II of the Indictment: 60 mos' imprisonment; followed by 4 yrs' supervised release. Special conditions of s/r: deft is to participate in Probation-approved substance-abuse treatment program, to include up to 72 drug tests per year. $200 total special assessment. No fine is imposed. Court recommends to the BOP that this deft be placed in a facility near RI in order to maintain contact with his family. Deft is advised of his right of appeal. Deft is remanded.**