IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF RHODE Island

Motion under Title 18 U.S.C. §3582 (c) (2) and U.S. Sentencing Guidelines §1b1.10(c) for Reduction of Sentence Based on 2007 Guideline Amendment Nine Which Became Effective on November 1, 2007, and Caused a Two-Level Reduction In Base Offense Level for Cocaine Base

Joel Trinidad
Petitioner,

Vs. Criminal Case No. 104CR00101-01ML

United States of America.

COMES NOW, the Petitioner, Joel Trinidad acting on his own behalf and REQUESTS this Honorable Court to use its discretion and GRANT him the relief provided in the 2007 Guideline Amendment Nine. Amendment Nine modified the drug quantity thresholds in the Drug Quantity Table so as to assign, for crack cocaine (cocaine base) offenses, base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at Criminal History Category of I, which includes the five-year {60 month} statutory minimum for such offenses), and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at Criminal History Category I, which includes the ten-year {120 month} statutory minimum for such offense. The base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32, respectively, before Amendment Nine. Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Based on the following information, Petitioner qualifies for the two level reduction in his sentence and REQUESTS that relief be granted:

1. Date of conviction (whether by guilty plea or trial) 8/15/05
2. Date of sentencing (the last time you were sentenced, if you were re-sentenced) ______
3. Did cocaine base alone cause your Base Offense Level (BOL) to be greater than level 12? If no, Amendment Nine does not apply to you. If "Yes" or "Don't know", proceed with this motion.
4. List the level that your sentence was based and the count related to the level.

   Level 23 for count(s) 21 USC 846

   Level 23 for count(s) 841

   Level ______ for count(s) ______

   (If you received more than one sentence and the sentences are different use additional lines)
5. What was your Criminal History Category? (Circle One)

   I II (III) IV V VI
6. What was your sentencing rage and sentence before Amendment Nine?

   Sentencing range ______. I received a sentence of 60 mounths for count 846, 841 If applicable, write in any other sentences you received for cocaine base that is different from the sentence you listed.
7. What is yore offense level and sentencing range after a two-level reduction base on Amendment Nine?

   Level ______ Sentencing range ______ Count(s) ______

   If more than one sentence that is different from the one above (drug sentences only).

   Level ______ Sentencing range ______ Count(s) ______

   Level ______ Sentencing range ______ Count(s) ______
8. Petitioner's projected release date at this time is 3/2/09

Petitioner respectfully requests to be sentenced at the bottom of his new sentencing range.

Respectfully submitted this 18 day of March, 2009.

Signature of Petitioner [signature]

Typed Name of Petitioner Joel Trinidad

Register Number 055-21-070

Address of Petitioner Federal Correctional Institution

P.O. Box 1000

Butner, NC 27509